Drohan Lee

Erika M. Vásconez
T: (212) 710-0011
evasconez@dlkny.com

September 21, 2026

MEMO ENDORSED

**VIA ECF**
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *M.S. et al v. New York City Public Schools,* 26-cv-07257 (KPF)

Dear Judge Failla,

We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on two administrative hearings under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq*., as well as for this action.

I write to respectfully request a 90-day stay of this action until January 11, 2027, including an adjournment *sine die,* of the telephonic initial pretrial conference (the "IPTC") currently scheduled for November 20, 2026, at 11:00 a.m. Plaintiffs consent to these requests and have agreed to provide the needed billing records by October 13, 2026. Defendant's current deadline to respond to the Complaint is September 24, 2026.

We note that, while this is an IDEA fees-only case and liability appears not at issue, without the relevant billing, Defendant cannot begin its internal settlement review process, which includes review of the underlying administrative record together with the relevant billing records and thereafter present a reasonable early offer of settlement. We have resolved recent similar IDEA fees-only cases brought by plaintiffs represented by the Roller firm without the need to burden the court with any sort of motion practice, conferences or even the need to file an Answer. The parties are hopeful this matter will be resolved as well.

Accordingly, if the requested stay is granted, Defendant respectfully requests that (i) its deadline to respond to the Complaint be extended to January 11, 2027; (ii) the IPTC scheduled for November 20, 2026, be adjourned *sine die*; and (iii) the parties be required to submit a joint status letter regarding the status of settlement negotiations on or before January 11, 2027. Thank you for considering these requests.

Respectfully submitted,

By: *<u>/s/ Erika M. Vásconez</u>*
Erika M. Vásconez, Esq.

cc: Irina Roller, Esq. (*via* ECF)

Application GRANTED. The Court hereby STAYS this case until **January 11, 2027.** The initial pretrial conference previously scheduled for November 20, 2026, is ADJOURNED *sine die*. Defendant's deadline to respond to the complaint is ADJOURNED to on or before **January 11, 2027**, and, similarly, the parties shall file a joint letter regarding the status of settlement negotiations on or before **January 11, 2027.**

The Clerk of Court is directed to terminate the pending motion at docket entry 9.

Dated: September 22, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE